## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: PETITION TO SUBMIT BALLOT QUESTION TO CONCORD TOWNSHIP VOTERS

DELAWARE COUNTY BOARD OF ELECTIONS, Intervenor

PETITION OF: COLETTE BROWN

: No. 724 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 17th day of October, 2014, the Petition for Allowance of Appeal is **GRANTED**. The issue as, as stated by Petitioners, is:

Does 53 P.S. §55207 *restrict* granting of a registered voter petition to submit to voters of the subject township, a ballot question for reclassification to First Class, to the first municipal or general election at least ninety days after *only* the ascertainment of the minimum population density specified in the statute of three hundred inhabitants per square mile, or does 53 P.S. §55207 *require* submission of the ballot question to voters of the subject township at the first municipal or general election at least ninety days after *both* the ascertainment of minimum population density and after a petition signed by five per centum of the registered voter of the township is filed with the court?

It is further ordered that the matter will be **SUBMITTED** on the briefs. The prothonotary is directed to set a briefing schedule.